THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 John Stewart, Appellant.
 
 
 

Appeal From Berkeley County
  Deadra L. Jefferson, Circuit Court Judge
Unpublished Opinion No. 2007-UP-398
Submitted September 1, 2007  Filed
 September 25, 2007   
APPEAL DISMISSED

 
 
 
 Appellate Defender Aileen P. Clare, of Columbia; and John Stewart,
 of Ridgeville, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,;
 all of Columbia, Ralph E. Hoisington, of Charleston, for Respondent.
 
 
 

PER CURIAM: Stewart appeals from his guilty plea to voluntary
 manslaughter, arguing is thirty year sentence is disproportionate to the crime
 committed.   Stewart also filed a pro se brief, arguing his
 counsel was ineffective.  After
 a thorough review of the record, counsels brief, and Stewarts pro se brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Stewarts
 appeal and grant counsels motion to be relieved.[1]
APPEAL DISMISSED.
HEARN, C.J., and HUFF and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.